IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01098-LTB-KLM

JOHN B. TRYBA,

      Plaintiff,

v.

THE HARTFORD, an Indiana corporation,

      Defendant.

---

### MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Entry of Protective Order [#22]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#22-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: August 25, 2014

---

[1] "[#22]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.