**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-01098-LTB-KLM

JOHN B. TRYBA,

      Plaintiff,

v.

PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD,

      Defendant.

___

**ORDER**
___

Upon the Stipulated Substitution of Parties (Doc 26 - filed August 26, 2014), it is

ORDERED that the Stipulation is GRANTED and Property & Casualty Insurance Company of Hartford is substituted as the Defendant in this matter in place of "The Hartford."

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED: August 27, 2014