**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-01098-LTB-KLM

JOHN B. TRYBA,

       Plaintiff,

v.

PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD,

       Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 32 - filed November 21, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED: November 24, 2014